# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

Membrish Brown **Repayment Agreement and Order** No: 1:22-CR-00037-007

On May 15, 2024, Membrish Brown was sentenced to 24 months imprisonment followed by a 36-month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Brown. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on May 15, 2024, I have been ordered to pay a total restitution of $80,000.00 and a special assessment of $100.00.

2. On March 6, 2026, I began my service of 36 months of supervised release. The mandatory assessment was satisfied on February 11, 2025. The current balance of my restitution is $79,184.44.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of July, 2026, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $300.00 per month during the term of supervision.

[signature] 7-16-26

Membrish Brown Date

[signature] 7/16/26

William J. Lee, U.S. Probation Officer Date

s/Barbara G. Parker 9/28/2026

Assistant U.S. Attorney Date

**THE COURT ORDERS:**

☒ Approval ☐ Disapproval

[signature]

Leslie Abrams Gardner
Chief U.S. District Judge

9/29/2026
Date